UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| OMNI ENVIRONMENTAL SOLUTIONS INC., ET AL. | CIVIL ACTION NO. 22-5939 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| IRONSHORE SPECIALTY INSURANCE CO. | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of objections, response, and reply (Record Documents 53, 54, and 57) filed, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 52) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, the Motion to Transfer the Instant Action to Oklahoma filed by Defendant Ironshore Specialty Insurance Company (Record Document 39) be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 20th day of November, 2024.

_____
S. MAURICE HICKS, JR
UNITED STATES DISTRICT JUDGE